**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (SBN 232780)
erome@romeandassociates.com
Jerl B. Leutz (SBN 253229)
jleutz@romeandassociates.com
2029 Century Park East, Suite 1040
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

JS-6

Attorneys for Plaintiff
MATTHEW HETLAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HETLAND, an individual, | CASE NO.: 8:13-CV-00936-DOC-AN |
| Plaintiff, | |
| vs. | **JUDGMENT ON GENERAL VERDICT** |
| TRAVIS BEAUCHESNE, an individual, iCLICK PROMOTIONS, LLC, a Utah limited liability company, PLAYA NEGRA ENTERPRISES, a Costa Rica entity of unknown origin, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

2        This action came on regularly for trial on February 5, 2015, in Department 9D

3   of the United States District Court, the Honorable David O. Carter Judge presiding.

4   Plaintiff Matthew Hetland ("Plaintiff") was represented by Eugene Rome and Jerl B.

5   Leutz of Rome & Associates, and Defendants Travis Beauchesne, iClick

6   Promotions, LLC and Play Negra Enterprises ("Defendants") were represented by

7   Richard Armstrong of  Kirton  McConkie.

8        A jury of 8 persons was impaneled and sworn. Witnesses were sworn and

9   testified. After hearing the evidence and arguments of counsel, and after the jury

10  was instructed by the Court, the claims were submitted to the jury with instructions

11  to return a general verdict. The jury deliberated and, on February 5, 2015, returned

12  its verdict by way of answers to the questions propounded to it as follows:

13              **Breach of Partnership Agreement (Breach of Contract)**

14       1. On plaintiff Matthew Hetland's claim for breach of partnership agreement,

15           ___X___We find in favor of Hetland and against Beauchesne.

16           _____We find in favor of Beauchesne and against Hetland.

17

18              **Breach of Fiduciary Duty**

19       2. On Plaintiff Matthew Hetland's claim for breach of fiduciary duty,

20           ___X___We find in favor of Hetland and against Beauchesne.

21           _____We find in favor of Beauchesne and against Hetland.

22

23              **Conversion**

24       3. On Plaintiff Matthew Hetland's claim for conversion against Defendant

25   Travis Beauchesne,

26           ___X___We find in favor of Hetland and against Beauchesne.

27           _____We find in favor of Beauchesne and against Hetland.

28

4. On Plaintiff Matthew Hetland's claim for conversion against Defendant iClick Promotions, LLC,

    ___X___We find in favor of Hetland and against iClick Promotions, LLC.

    _____We find in favor of iClick Promotions, LLC and against Hetland.

5. On Plaintiff Matthew Hetland's claim for conversion against Defendant Playa Negra Enterprises,

    ___X___We find in favor of Hetland and against Playa Negra Enterprises.

    _____We find in favor of Playa Negra Enterprises and against Hetland.

**<u>Fraud</u>**

6. On Plaintiff Matthew Hetland's claim for fraud by intentional misrepresentation,

    ___X___We find in favor of Hetland and against Beauchesne.

    _____We find in favor of Beauchesne and against Hetland.

7. On Plaintiff Matthew Hetland's claim for fraud by concealment,

    ___X___We find in favor of Hetland and against Beauchesne.

    _____We find in favor of Beauchesne and against Hetland.

**<u>Money Had and Received</u>**

8. On Plaintiff Matthew Hetland's claim for money had and received against Defendant Travis Beauchesne,

    ___X___We find in favor of Hetland and against Beauchesne.

    _____We find in favor of Beauchesne and against Hetland.

9. On Plaintiff Matthew Hetland's claim for money had and received against Defendant iClick Promotions, LLC,

____X____We find in favor of Hetland and against iClick Promotions, LLC.

_____We find in favor of iClick Promotions, LLC and against Hetland.

10. On Plaintiff Matthew Hetland's claim for money had and received against Defendant Playa Negra Enterprises,

____X____We find in favor of Hetland and against Playa Negra Enterprises.

_____We find in favor of Playa Negra Enterprises and against Hetland.

THEREAFTER, as a result of the findings in Questions 1-10, the jury awarded damages and punitive damages as follows:

**Damages:**

11. We award Plaintiff Matthew Hetland the following damages:

$731,465.80

**Punitive Damages:**

12. Did Defendant Travis Beauchesne engage in the conduct with malice, oppression, or fraud?

____X____Yes          _____No

If your answer to Question 12 is yes, then proceed to Question 13.

If your answer to Question 12 is no, **stop here**, answer no further questions, and have the presiding juror sign and date this form.

4

13. What amount of punitive damages, if any, do you award Plaintiff Matthew Hetland?

$1,450,000.00

Dated:  February 5, 2015                                   /s/_____
                                                                        FOREPERSON


NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Matthew Hetland shall be deemed to be the prevailing party as a matter of law and shall recover **$731,465.80** in damages as against the Defendants Travis Beauchesne, iClick Promotions, LLC and Playa Negra Enterprises. Further, Plaintiff Matthew Hetland shall recover punitive damages in the amount of  **$1,450,000.00**  as against Defendant Travis Beauchesne.

Post-judgment interest will accrue as set forth in 28 U.S.C. §1961, all such post-judgment interest to run until the Judgment against Defendants Travis Beauchesne, iClick Promotions, LLC and Playa Negra Enterprises is paid in full.


Dated: February 12, 2015                    _____
                                                                    David O. Carter

                                                            Judge David O. Carter
                                                            United States District Court