NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

1  **ROME & ASSOCIATES, A.P.C.**
Eugene Rome (SBN 232780)
2  erome@romeandassociates.com
Jerl B. Leutz (SBN 253229)
3  jleutz@romeandassociates.com
2029 Century Park East, Suite 1040
4  Los Angeles, California 90067
Telephone: (310) 282-0690
5  Facsimile: (310) 282-0691

6  Attorneys for Plaintiff
MATTHEW HETLAND
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MATTHEW HETLAND, an individual,          CASE NO.: 8:13-CV-00936-DOC-AN

12           Plaintiff,
           vs.
13                                           **AMENDED JUDGMENT ON**
                                            **GENERAL VERDICT**
14  TRAVIS BEAUCHESNE, an individual,
iCLICK PROMOTIONS, LLC, a Utah
15  limited liability company, PLAYA
NEGRA ENTERPRISES, a Costa Rica
16  entity of unknown origin, and DOES 1
through 10, inclusive,

17           Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

2      This action came on regularly for trial on February 5, 2015, in Department 9D

3   of the United States District Court, the Honorable David O. Carter Judge presiding.

4   Plaintiff Matthew Hetland ("Plaintiff") was represented by Eugene Rome and Jerl B.

5   Leutz of Rome & Associates, and Defendants Travis Beauchesne, iClick

6   Promotions, LLC and Play Negra Enterprises ("Defendants") were represented by

7   Richard Armstrong of Kirton McConkie.

8      A jury of 8 persons was impaneled and sworn. Witnesses were sworn and

9   testified. After hearing the evidence and arguments of counsel, and after the jury

10  was instructed by the Court, the claims were submitted to the jury with instructions

11  to return a general verdict. The jury deliberated and, on February 5, 2015, returned

12  its verdict by way of answers to the questions propounded to it as follows:

13      **Breach of Partnership Agreement (Breach of Contract)**

14      1. On plaintiff Matthew Hetland's claim for breach of partnership agreement,

15          ___X___ We find in favor of Hetland and against Beauchesne.

16          _____ We find in favor of Beauchesne and against Hetland.

17

18      **Breach of Fiduciary Duty**

19      2. On Plaintiff Matthew Hetland's claim for breach of fiduciary duty,

20          ___X___ We find in favor of Hetland and against Beauchesne.

21          _____ We find in favor of Beauchesne and against Hetland.

22

23      **Conversion**

24      3. On Plaintiff Matthew Hetland's claim for conversion against Defendant

25   Travis Beauchesne,

26          ___X___ We find in favor of Hetland and against Beauchesne.

27          _____ We find in favor of Beauchesne and against Hetland.

28

AMENDED JUDGMENT ON GENERAL VERDICT

1      4. On Plaintiff Matthew Hetland's claim for conversion against Defendant

2  iClick Promotions, LLC,

3          ___X___We find in favor of Hetland and against iClick Promotions, LLC.

4          _____We find in favor of iClick Promotions, LLC and against Hetland.

5

6      5. On Plaintiff Matthew Hetland's claim for conversion against Defendant

7  Playa Negra Enterprises,

8          ___X___We find in favor of Hetland and against Playa Negra Enterprises.

9          _____We find in favor of Playa Negra Enterprises and against Hetland.

10

11  **Fraud**

12      6. On Plaintiff Matthew Hetland's claim for fraud by intentional

13  misrepresentation,

14          ___X___We find in favor of Hetland and against Beauchesne.

15          _____We find in favor of Beauchesne and against Hetland.

16

17      7. On Plaintiff Matthew Hetland's claim for fraud by concealment,

18          ___X___We find in favor of Hetland and against Beauchesne.

19          _____We find in favor of Beauchesne and against Hetland.

20

21  **Money Had and Received**

22      8. On Plaintiff Matthew Hetland's claim for money had and received against

23  Defendant Travis Beauchesne,

24          ___X___We find in favor of Hetland and against Beauchesne.

25          _____We find in favor of Beauchesne and against Hetland.

26

27

28

9. On Plaintiff Matthew Hetland's claim for money had and received against Defendant iClick Promotions, LLC,

    ___X___We find in favor of Hetland and against iClick Promotions, LLC.

    _____We find in favor of iClick Promotions, LLC and against Hetland.

10. On Plaintiff Matthew Hetland's claim for money had and received against Defendant Playa Negra Enterprises,

    ___X___We find in favor of Hetland and against Playa Negra Enterprises.

    _____We find in favor of Playa Negra Enterprises and against Hetland.

THEREAFTER,  as a result of the findings in Questions 1-10,  the jury awarded damages and punitive damages as follows:

**Damages:**

11. We award Plaintiff Matthew Hetland the following damages:

    $731,465.80

**Punitive Damages:**

12. Did Defendant Travis Beauchesne engage in the conduct with malice, oppression, or fraud?

    ____X____Yes        _____No

If your answer to Question 12 is yes, then proceed to Question 13.

If your answer to Question 12 is no, **stop here**, answer no further questions, and have the presiding  juror sign and date this form.

13. What amount of punitive damages, if any, do you award Plaintiff Matthew Hetland?

$1,450,000.00

Dated:  February 5, 2015                        /s/_____

                                                            FOREPERSON

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Matthew Hetland shall be deemed to be the prevailing party as a matter of law and shall recover **$731,465.80** in damages as against the Defendants Travis Beauchesne, iClick Promotions, LLC and Playa Negra Enterprises. Further, Plaintiff Matthew Hetland shall recover punitive damages in the amount of  **$1,450,000.00**  as against Defendant Travis Beauchesne.

Furthermore, Plaintiff Matthew Hetland shall recover prejudgment interest in the amount of **$210,420.00** against Defendants Travis Beauchesne, iClick Promotions, LLC and Playa Negra Enterprises.  Furthermore, Plaintiff Matthew Hetland shall recover costs in **an** amount **to be determined by the Clerk of the Court according to the procedure prescribed in Local Rule 54.**

Post-judgment interest will accrue as set forth in 28 U.S.C. §1961, all such post-judgment interest to run until the Judgment against Defendants Travis Beauchesne, iClick Promotions, LLC and Playa Negra Enterprises is paid in full.

Dated: March 18, 2015                        _____

                                                            Hon. David O. Carter
                                                            United States District Court Judge

AMENDED JUDGMENT ON GENERAL VERDICT