| | |
|---|---|
| 1 | **ROME LLP** |
|   | Eugene Rome (SBN 232780) |
| 2 | erome@romellp.com |
|   | Elizabeth B. Rocha (SBN 353903) |
| 3 | erocha@romellp.com |
|   | 2029 Century Park East, Suite 450 |
| 4 | Los Angeles, CA  90067 |
|   | Telephone: (310) 282-0690 |
| 5 | Facsimile: (310) 282-0691 |

Attorneys for Plaintiff Matthew Hetland

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HETLAND, an individual; | Case No. 8:13-cv-00936-DOC-AN |
| Plaintiff, | **RENEWAL OF JUDGMENT** |
| v. | |
| TRAVIS BEAUCHESNE, an individual, iCLICK PROMOTIONS, LLC a Utah limited liability company, PLAYA NEGRA ENTERPRISES, a Costa Rica entity of unknown origin, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**RENEWAL OF JUDGMENT**

Based upon the application for renewal of the judgment of the Amended judgment, Fed. R. Civ. P. 69(a) and Cal. Civ. Code § 683.120, and for good cause appearing, thereon, the judgment to and against Travis Beauchesne, iClick Promotions, LLC, and Playa Negra Enterprises, is hereby renewed in the amounts set forth as follows:

1. Renewal of money judgment:

    a. Total judgment: $2,391,885.80

    b. Costs after judgment:

    c. Attorneys' fees:

    d. Subtotal:

    e. Credits after judgment: $0.00

    f. Subtotal: $2,391,885.80

    g. Interests after judgment: $59,803.38 (This amount was calculated to reflect the post-judgment interest rate pursuant to the amended judgment entered on March 20, 2025).

    h. Fee for filing renewal application:

    i. Total renewed judgment: $2,451,689.18

Dated: April 4, 2025

_____
Hon. David O. Carter
U.S. District Judge